AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Leldon Ray Bement<br><br>_Defendant(s)_ | Case No.<br>6:15MJ92 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 10, 2015__ in the county of __Van Zandt__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit of TFO Eric Whitaker

☑ Continued on the attached sheet.

_Complainant's signature_

TFO Eric Whitaker, DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 9/11/15

_Judge's signature_

City and state: Tyler, Texas

K. Nicole Mitchell, United States Magistrate Judge
_Printed name and title_