| | | | |
|---|---|---|---|
| DATE: | 9-11-2015 | CASE NUMBER: | 6:15mj92 |
| LOCATION: | Tyler | | |
| JUDGE: | K. NICOLE MITCHELL | USA    VS. | Leldon Ray Bement |
| DEP. CLERK: | Lisa Hardwick | | |
| RPTR/ECRO: | Lisa Hardwick | Bill Baldwin | Ken Hawk |
| USPO: | Lora Savoie | | |
| INTERPRETER: | -------------------------- | | |
| TIME START: | 11:18 a.m. | | |
| TIME END: | 11:28 a.m. | | |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| X | Initial Appearance called | X | Initial Appearance held |
| | Defendant appears with counsel | X | Dft appears without counsel |
| X | Date of Arrest: 9-10-2015 | X | Dft's first appearance with counsel |
| X | Dft advised of charges | X | Df advised of right to counsel |
| X | Dft advised maximum penalties | X | Dft advised of right to remain silent |
| X | Dft requested court appointed counsel | X | Court finds Dft eligible and appoints: AFPD Ken Hawk |
| X | Gvt oral motion for Detention | X | Gvt Oral Motion for Continuance of Detention hearing |
| | Order of Conditions of Release | | Appearance Bond |
| | Waiver of Detention | X | Order of Temporary Detention |
| X | Order of Detention | X | Preliminary and Detention Hearing set for: 9-17-15 at 10:00 a.m. |
| X | Dft remanded to the custody of the US Marshal | | Dft released on bond |